UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACI E. SHELMERDINE,<br><br>Defendant. | Case No. **6:18-PO-5044-JCL**<br><br>VIOLATION: FAJD004N, FAJD004O<br><br>DISPOSITION CODE: PE<br><br>ORDER ACCEPTING<br>PLEA LETTER and<br>VACATING BENCH TRIAL |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated October 12, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notices from $130.00 to $65.00 on each ticket, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $130.00. The collateral of $65.00 for Viol. No. FAJD004N is to be paid by November 30, 2018. The collateral of $65.00 for Viol. No. FAJD004O is to be paid by December 31, 2018.

The bench trial scheduled for November 13, 2018 at 2:00 p.m. is **VACATED**.

DATED this 8th day of November, 2018.

_____
JEREMIAH C. LYNCH
United States Magistrate Judge